UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __6__

O'Dell
-v-
Metals Management Inc., et al

U.S.C.A. # _____
U.S.D.C. # 07-CV-11535
JUDGE: KMW
DATE: JAN. 16, 2008

*U.S. DISTRICT COURT FILED JAN 16 2008 S.D. OF N.Y.*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME):  THOMAS R. PISARCZYK
FIRM:  U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS:  500 PEARL STREET, ROOM 370
          NEW YORK, NEW YORK 10007
PHONE NO.:  (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------

**DOCUMENT DESCRIPTION**                                          **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

Doc. #5 NOA already sent over on 1/15/08

(✓) Original Record                        (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 16th Day of JANUARY, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------

O'Dell

-v-

Metals Management Inc., et al

U.S.C.A. # _____

U.S.D.C. # 07-cv-11535

JUDGE: KMW

DATE: Jan 16, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed          Document Description

Document 5 NOA already sent over on 1/15/08

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 16th Day of January In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-11535-KMW
### Internal Use Only

O'Dell v. Metals Management Inc. et al
Assigned to: Judge Kimba M. Wood
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 12/26/2007
Date Terminated: 12/26/2007
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 12/26/2007 | 1 | COMPLAINT against Metals Management Inc., United States Government. Document filed by Daniel O'Dell.(laq) (Entered: 01/08/2008) |
| 12/26/2007 | | Magistrate Judge Kevin N. Fox is so designated. (laq) (Entered: 01/08/2008) |
| 12/26/2007 | 2 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Daniel O'Dell.(laq) (Entered: 01/08/2008) |
| 12/26/2007 | 3 | ORDER OF DISMISSAL,I grant his application to proceed in forma pauperis, but dismiss the complaint for the reasons set forth in this order. Accordingly, the complaint is dismissed as frivolous and or failure to state a claim upon which relief may be granted. I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 12/26/07) (laq) (Entered: 01/08/2008) |
| 12/26/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 12/26/07) (laq) (Entered: 01/08/2008) |
| 01/10/2008 | 5 | NOTICE OF APPEAL *(DUPLICATE ORIGINAL)* from 3 Order Dismissing Complaint (I.F.P.), 4 Judgment - Sua Sponte (Complaint). Document filed by Daniel O'Dell. (tp) (Entered: 01/15/2008) |
| 01/10/2008 | | Appeal Remark as to 5 Notice of Appeal filed by Daniel O'Dell. $455.00 APPEAL FEE DUE. IFP REVOKED 12/26/07. (tp) (Entered: 01/15/2008) |
| 01/15/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 01/15/2008) |
| 01/15/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 01/15/2008) |

*Handwritten note:* #5 Already sent over on 1/15/08