S.D.N.Y.-New York
07-cv-11535
Wood, C. J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 11ᵗʰ day of April, two thousand eight,

Present:

Hon. José A. Cabranes,
Hon. Sonia Sotomayor,
Hon. Richard C. Wesley,
*Circuit Judges.*



FILED
APR 11 2008
Catherine O'Hagan Wolfe, Clerk

---

Daniel O'Dell,

*Plaintiff-Appellant,*

v.                                                                  08-0262-cv

Metal Management, Inc., United
States Government,

*Defendants-Appellees.*

---

Appellant, *pro se,* moves for leave to proceed *in forma pauperis* and for the "inclusion of evidence list of co-conspirators." Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams,* 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By:

Cather
by

SAO-LB

ISSUED AS MANDATE: 06/02/08